JAMES C. CAYWOOD, Respondent, *v.* JOHN K. VAN NESS, Appellant.

(Argued February 5, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an

order made December 1, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Robert Payne* for appellant.

*William G. Cooke* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.